```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 40972
   EDUARDO RAMIREZ SR
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-6683

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/04/2004 and was confirmed 12/20/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  34.52% from remaining funds.

     The case was paid in full 12/08/2008.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
CREDIT CARD SERVICES     UNSECURED           7686.73         .00         2653.46
HARLEM FURNITURE         SECURED              850.00       96.57          850.00
HARLEM FURNITURE         UNSECURED         NOT FILED         .00             .00
GMAC MTG                 CURRENT MORTG     46260.82          .00        46260.82
GMAC MTG                 MORTGAGE ARRE      4000.61          .00         4000.61
ASPIRE                   UNSECURED           4444.34         .00         1534.19
BANCO POPULAR            UNSECURED         NOT FILED         .00             .00
LVNV FUNDING LLC         UNSECURED           3581.21         .00         1236.23
CAPITAL ONE              UNSECURED         NOT FILED         .00             .00
CAPITAL ONE              UNSECURED         NOT FILED         .00             .00
ECAST SETTLEMENT CORP    UNSECURED           2488.76         .00          859.12
SHERMAN ACQUISITION      UNSECURED           7030.88         .00         2427.06
DIRECT MERCHANTS BANK    UNSECURED         NOT FILED         .00             .00
ECAST SETTLEMENT CORP    UNSECURED           3122.96         .00         1078.05
SHERMAN ACQUISITION      UNSECURED           5455.34         .00         1883.18
ECAST SETTLEMENT CORP    UNSECURED OTH       2070.46         .00          714.52
PINNACLE FINANCIAL CORP  NOTICE ONLY       NOT FILED         .00             .00
ECAST SETTLEMENT CORP    UNSECURED           5277.35         .00         1821.74
GMAC MORTGAGE            COST OF COLLE          .00          .00             .00
PETER FRANCIS GERACI     DEBTOR ATTY        2,700.00                    2,700.00
TOM VAUGHN               TRUSTEE                                        4,364.47
DEBTOR REFUND            REFUND                                           868.36

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS        DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              73,348.38

PRIORITY                                         .00
SECURED                                    51,111.43
    INTEREST                                   96.57

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 40972 EDUARDO RAMIREZ SR
```

```
UNSECURED                                               14,207.55
ADMINISTRATIVE                                           2,700.00
TRUSTEE COMPENSATION                                     4,364.47
DEBTOR REFUND                                              868.36
                                   ---------------   ---------------
TOTALS                                   73,348.38         73,348.38
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 03/05/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                         PAGE   2
         CASE NO. 04 B 40972 EDUARDO RAMIREZ SR